FILED
2005 MAY 12 A 10: 00
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GUY RALPH PEREA,

vs.

PRESIDENT BUSH,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:04-cv-5682 OWW TAG HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____  Granted for the following reason:

_____

_____

_____

  X    Denied for the following reason:

THE PETITION IS UNINTELLIGIBLE, FAILS TO NAME A PROPER RESPONDENT AND PETITIONER DECLINES TO AMEND AFTER OPPORTUNITY TO DO SO.

Dated: 5-11-05

OLIVER W. WANGER
United States District Judge