UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY RALPH PEREA and TAMMY DAWN PEREA,<br><br>          Petitioners,<br><br>     v.<br><br>GEORGE W. BUSH, et al.,<br><br>          Respondents. | 1:04-CV-05682-OWW-TAG-HC<br>Appeal Number 05-15942<br><br>ORDER REQUIRING PETITIONER TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL **OR** PAY FILING FEE<br><br>ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |

Petitioner Guy Ralph Perea is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 6, 2005, the Magistrate Judge issued an order recommending dismissal of Petitioner Tammy Dawn Perea. (Doc. 24). On January 12, 2005, the Magistrate Judge issued a Report and Recommendation that the petition for writ of habeas corpus be dismissed as to the remaining petitioner, Guy Ralph Perea. (Doc. 29). On March 28, 2005, District Judge Oliver W. Wanger adopted both recommendations and dismissed the petition. (Doc. 31). Judgment was entered on March 28, 2005. (Doc. 32).

On April 6, 2005, petitioner filed a notice of appeal. (Doc. 33). On May 12, 2005, the Court issued an order denying the request for certificate of appealability. (Doc. 33). On May 13, 2005, the certificate of record was transmitted to the Court of Appeals for the Ninth Circuit. (Doc. 36).

1   On May 24, 2005, petitioner filed a motion for leave to proceed in forma pauperis on appeal. (Doc. 39). A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, petitioner paid the filing fee and did not proceed in this court in forma pauperis. Thus, petitioner is not automatically entitled to proceed in forma pauperis on appeal.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to appeal in forma pauperis must file a motion in the district court and attach to that motion a completed application to proceed in forma pauperis, along with the issues the party intends to present on appeal. Petitioner's request, however, was not accompanied by a completed application to proceed in forma pauperis. See 28 U.S.C. 1914(a); 1915 (a).

The Court will provide petitioner with the opportunity to submit either the appropriate application and certified copy of petitioner's prison trust account or the $255.00 filing fee.

Accordingly, the Court ORDERS that:

1.  The Clerk of the Court is DIRECTED to send petitioner a copy of the application to proceed in forma pauperis;

2.  Petitioner is DIRECTED to submit either the completed application, accompanied by a certified copy of petitioner's prison trust account statement for the last six months, **or** the $255.00 filing fee, within twenty (20) days of the date of service of this order; and

3.  The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   June 24, 2005**                    /s/ Theresa A. Goldner
j6eb3d                                        UNITED STATES MAGISTRATE JUDGE