UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY RALPH PEREA and TAMMY DAWN PEREA,<br><br>　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　Respondents. | 1:04-CV-05682-OWW-TAG-HC<br>Appeal Number 05-15942<br><br>ORDER DISREGARDING APPLICATIONS TO PROCEED IN FORMA PAUPERIS AS MOOT [Docs. 39 & 43]<br><br>ORDER WITHDRAWING BILL FOR APPEAL FILING FEE [Doc. 37]<br><br>ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |

　　　Petitioner Guy Ralph Perea is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On April 6, 2005, petitioner filed a notice of appeal. On May 12, 2005, the district court issued an order denying the request for certificate of appealability, and on May 13, 2005, the certificate of record was transmitted to the Court of Appeals for the Ninth Circuit. Also on May 13, 2005, the district court sent a bill to petitioner for the $255.00 appeal filing fee.

　　　On May 20, 2005, petitioner filed a deficient application for leave to proceed in forma pauperis on appeal, and on July 12, 2005, petitioner submitted a corrected application. Meanwhile, on June 23, 2005, the court of appeals denied petitioner's request for a certificate of appealability and terminated the action. On June 27, 2005, the Court issued an order requiring Petitioner to

1

submit a completed application to proceed in forma pauperis or pay a filing fee. Due to the decision of the court of appeals not to allow the appeal, petitioner does not owe the appeal filing fee to the district court. Therefore, the district court shall disregard petitioner's applications to proceed in forma pauperis as moot. In addition, the district court shall withdraw its bill to petitioner for the appeal filing fee.

     Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner does not owe the appeal filing fee to the district court;
2. Petitioner's applications to proceed in forma pauperis on appeal, filed on May 20, 2005 (Doc. 39), and July 12, 2005 (Doc. 43), are DISREGARDED AS MOOT;
3. The district court's bill of May 13, 2005 (Doc. 37), to petitioner for the appeal filing fee, is WITHDRAWN; and
4. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: August 29, 2005

                                Theresa A. Goldner
                        UNITED STATES MAGISTRATE JUDGE