1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

11    GUY RALPH PEREA,                                          CASE NO. 1:11-cv-01723-SKO

12
                       Plaintiff,
13                                                             **ORDER ON PLAINTIFF'S PETITION**
      v.                                                       **FOR WRIT OF MANDAMUS**
14

15    SALINAS VALLEY STATE PRISON,
      et al.,                                                  (Docket No. 1)
16
                       Defendants.
17
      _____/
18

19        On October 11, 2011, Plaintiff Guy Ralph Perea ("Plaintiff") filed a petition for writ of

20    mandamus in case number 1:04-cv-05682-OWW-TAG. This petition was erroneously filed as a new

21    case bearing the case number 1:11-cv-01723-SKO. As Plaintiff specifically designated his petition

22    to be filed in case number 1:04-cv-05682-OWW-TAG, Plaintiff's petition shall be transferred to that

23    case. As Judges Wanger and Goldner were assigned to case number 1:04-cv-05682-OWW-TAG

24    and have both since retired, the Clerk of Court is directed to assign a new district judge and

25    magistrate judge to case number 1:04-cv-05682-OWW-TAG.

26        Accordingly, the Clerk of Court is DIRECTED to:

27             a.    Transfer Plaintiff's petition for a writ of mandamus and file it in 1:04-cv-

28                   05682;

1           b.          Assign a new district judge and magistrate judge to case number 1:04-cv-

2                       05682-OWW-TAG; and

3           c.          Administratively close this action: 1:11-cv-01723-SKO.

4

5   IT IS SO ORDERED.

6   **Dated:**   **October 20, 2011**                       **/s/ Sheila K. Oberto**

7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2