# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY RALPH PEREA, | CASE NO. 1:11-cv-01723-SKO |
| Plaintiff, | |
| v. | **ORDER ON PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS** |
| SALINAS VALLEY STATE PRISON, et al., | (Docket No. 1) |
| Defendants. | |

On October 11, 2011, Plaintiff Guy Ralph Perea ("Plaintiff") filed a petition for writ of mandamus in case number 1:04-cv-05682-OWW-TAG. This petition was erroneously filed as a new case bearing the case number 1:11-cv-01723-SKO. As Plaintiff specifically designated his petition to be filed in case number 1:04-cv-05682-OWW-TAG, Plaintiff's petition shall be transferred to that case. As Judges Wanger and Goldner were assigned to case number 1:04-cv-05682-OWW-TAG and have both since retired, the Clerk of Court is directed to assign a new district judge and magistrate judge to case number 1:04-cv-05682-OWW-TAG.

Accordingly, the Clerk of Court is DIRECTED to:

    a.    Transfer Plaintiff's petition for a writ of mandamus and file it in 1:04-cv-05682;

        b.        Assign a new district judge and magistrate judge to case number 1:04-cv-05682-OWW-TAG; and

        c.        Administratively close this action: 1:11-cv-01723-SKO.

IT IS SO ORDERED.

**Dated:**    **October 20, 2011**             /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE