1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GUY RALPH PEREA and TAMMY
DAWN PEREA,

               Petitioner,

    v.

GEORGE W. BUSH, et al.,

               Respondents.

_____/

1:04-CV-05682 LJO GSA HC

ORDER DISMISSING PETITIONER'S
MOTION FOR WRIT OF MANDAMUS

[Doc. #47]

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On March 28, 2005, the instant case was dismissed and judgment was entered. Petitioner filed a notice of appeal, and the appeal was processed to the Ninth Circuit Court of Appeals.  On June 27, 2005, the appeal was dismissed.

      On October 11, 2011, Petitioner filed the instant motion for writ of mandamus in this case.  It is unclear what Petitioner is seeking, and the pleading is for the most part nonsensical. Regardless, the case has been closed for six years.  For this reason alone, the motion must be dismissed.

      Accordingly, Petitioner's motion for writ of mandamus DISMISSED.

IT IS SO ORDERED.

**Dated:**   **October 24, 2011**             **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE