1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GUY RALPH PEREA and TAMMY
DAWN PEREA,

                Petitioner,

     v.

GEORGE W. BUSH, et al.,

                Respondents.
_____/

1:04-CV-05682 LJO GSA HC

ORDER DENYING MISCELLANEOUS
MOTION

[Doc. #50]

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The instant case was terminated on March 28, 2005, and the appeal was denied on June 27, 2005.

      On October 11, 2011, Petitioner filed a motion for writ of mandate in the instant case.  By order dated October 24, 2011, the motion was denied.  On October 31, 2011, Petitioner filed another motion in this case essentially disagreeing with the previous order and raising the same issues. Petitioner is again informed that this case is closed and has been so for over six years.  Accordingly, the instant motion is DENIED.  Petitioner is advised that further filings will be stricken by the Court.

IT IS SO ORDERED.

**Dated:**   **November 8, 2011**        _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES DISTRICT JUDGE